UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

                                    Case No. 1:14-cr-123

v.

                                    HONORABLE PAUL L. MALONEY

ANTHONY RAY SPRAGUE,

        Defendant.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by United States

Magistrate Judge Hugh W. Brenneman, Jr. in this action (ECF No. 16).  The Report and

Recommendation was duly served on the parties, and no objection has been made thereto within

the time required by law.

THEREFORE, IT IS ORDERED that:

1.      The Report and Recommendation of the Magistrate Judge is approved and

adopted as the opinion of the Court.

2.      Defendant's plea of guilty is accepted and defendant is adjudicated guilty of the

charge set forth in the Felony Information.


Date:  August 4, 2014                    /s/ Paul L. Maloney
                                        Paul L. Maloney
                                        Chief United States District Judge